# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CRIMINAL CASE NO. 1:18-cr-00146-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| TANNER MOREN EAGLE LARCH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion requesting the production of the docket sheet and his trial transcripts at the Government's expense. [Doc. 132].

The Defendant was found guilty by a jury of two counts of possession of firearms and ammunition after having been convicted of a felony, in violation of 18 U.S.C. § 922(g)(1). The Defendant was sentenced to a term of 92 months' imprisonment, to run consecutively to his revocation sentence. [Doc. 106]. The Court of Appeals affirmed his conviction and sentence. [Doc. 192].

The Defendant now requests copies of his trial transcripts. [Doc. 132 at 1]. The Defendant has failed to demonstrate a particularized need for the requested transcript. See United States v. MacCollom, 426 U.S. 317, 326-

27 (1976) (holding that federal inmates are not entitled to transcripts at Government expense absent some showing of a particularized need); <u>Jones v. Superintendent, Va. State Farm</u>, 460 F.2d 150, 152 (4th Cir. 1972) ("[A]n indigent is not entitled to a transcript at government expense without a showing of the need, merely to comb the record in the hope of discovering some flaw.") (citation omitted). Having failed to demonstrate a particularized need for the requested transcripts, the Defendant's motion must be denied. The Court will, however, direct the Clerk to provide the Defendant with a copy of the docket sheet.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 1324], which the Court construes as a motion for the production of the docket sheet and the trial transcripts at the Government's expense, is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Defendant's request for a copy of the trial transcripts at the Government's expense is **DENIED**. The Defendant's request for a copy of the docket sheet is **GRANTED**. The Clerk of Court shall provide a copy of the Defendant's docket sheet along with this Order.

Signed: September 25, 2022

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge

2